# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

NO.  2021 CW 0206

**APRIL 29, 2021**

---

In Re:    National Union Fire Insurance Company of Pittsburgh, PA and AIG Specialty Insurance Company (as alleged pre-2009 insurers of Texas Brine Company, LLC), applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:    GUIDRY, McDONALD, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court erred by granting the re-urged motion to quash filed by Texas Brine Company, LLC, thereby quashing the deposition subpoenas issued by relators, National Union Fire Insurance Company of Pittsburgh, PA and AIG Specialty Insurance Company, to PriceWaterHouseCoopers Advisory Services, LLC and Shuart and Associates, Inc.  The information relators seek to obtain through these La. Code Civ. P. art. 1442 depositions directly bears on relators' defense to Texas Brine's claim for reimbursement, set for trial in September 2021. The information is relevant and within the scope of permissible discovery. See La. Code Civ. P. art. 1422.  Therefore, the writ is granted, and the January 27, 2021 ruling granting Texas Brine's re-urged motion to quash is reversed.  The re-urged motion to quash filed by Texas Brine Company, LLC is denied; however, nothing in this writ action shall be construed to require the disclosure of attorney-client privileged communication or counsel's mental impressions or trial strategy. See La. Code Civ. P. arts. 1424 and 1425(E)(1).

**JMG**
**JMM**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT